UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 21-171-KS                                                           Date: December 28, 2021

Title   *Manuel Martin Cervantes v. Andrew Saul*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a             Attorneys Present for Defendant: n/a

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COMMISSIONER'S DECISION SHOULD NOT BE REVERSED AND REMANDED DUE TO DEFENDANT'S FAILURE TO FILE AN ANSWER AND THE CERTIFIED ADMINISTRATIVE RECORD**

On January 8, 2021, Plaintiff, proceeding *in forma pauperis* and with counsel, filed a Complaint seeking review of a decision by the Commissioner of the Social Security Administration pursuant to 42 U.S.C. § 405(g). (Dkt. No. 1.) On January 12, 2021, the Court issued its scheduling order concerning procedures in a social security appeal. (Dkt. No. 9.) That Order directed Plaintiff to file a proof of service within 30 days, *i.e.*, no later than February 11, 2021, and the Commissioner to file either a consent to proceed before the assigned magistrate judge or a notice of appearance within 30 days of service of the action. (*Id.*) Plaintiff filed the proof of service on January 28, 2021, and Defendant filed a consent to proceed before the assigned magistrate judge on February 1, 2021. (Dkt. Nos. 10, 11.) Plaintiff filed his own consent to the magistrate judge on February 1, 2021. (Dkt. No. 12.)

On February 2, 2021, the Court notified the parties that the case was stayed pursuant to Order 20-074 of the Chief Judge of the United States District Court for the Central District of California. *Available at http://www.cacd.uscourts.gov/news/coronavirus-covid-19-guidance.* (Dkt. No. 13.) The Court lifted the stay on April 16, 2021. (Dkt. No. 15.) In accordance with Order 20-074, the Court directed Defendant to serve the Certified Administrative Record on Plaintiff by August 13, 2021. (*Id.*) The Court also ordered that "within 42 days from the date the Administrative Record is served, either the parties shall file a notice regarding the resolution of the action or the agency shall file an answer and the administrative record with the Court." (*Id.*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 21-171-KS                                                                 Date: December 28, 2021

Title        *Manuel Martin Cervantes v. Andrew Saul*

Defendant filed his proof of service of the Certified Administrative Record on August 13, 2021. (Dkt. No. 16.) On September 24, 2021, the Court granted the parties' joint stipulation for an extension of time. Specifically, Defendant was granted until November 9, 2021 to respond to Plaintiff's settlement proposal. The deadline to file an answer and the Certified Administrative Record was extended to November 16, 2021. (Dkt. No. 18.)

Well over a month has passed since Defendant's extended deadline to file the answer and Certified Administrative Record. Defendant has failed to file an answer or communicate with the Court about this case. Further, on December 13, 2021, the Court's staff informally attempted to contact the parties about the status of the case and learned from Plaintiff's counsel that Defendant's counsel ostensibly "had taken some leave and would follow up on the matter." Defendant's counsel did not respond.

**Accordingly, IT IS HEREBY ORDERED that, no later than January 11, 2022, Defendant shall SHOW CAUSE why the Court should not recommend that the Commissioner's decision in this action be immediately reversed and the matter remanded** for further consideration. To discharge this Order to Show Cause, Defendant shall file <u>one</u> of the following no later than the January 11, 2022 deadline:

(1) an answer and the Certified Administrative Record;
(2) a request for an extension of time to file an answer and the Certified Administrative Record supported by a statement of good cause; or
(3) A stipulation for remand.

**<u>Defendant's failure to timely comply with this Order will result in a recommendation of immediate reversal and remand for further consideration.</u>**

**IT IS SO ORDERED**.

                                                                                                          :
                                                                        **Initials of Preparer**   gr