UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL MARTIN CERVANTES,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: CV 21-00171 KS<br><br>~~(PROPOSED)~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs:

**IT IS ORDERED** that the Commissioner shall pay Plaintiff for attorney fees in the amount of $7,000.00 (Seven Thousand Dollars and No Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d) subject to the terms of the above-referenced Stipulation.

Date: June 3, 2022

HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-